UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kayf Devaughn

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-mj-2867

Defendant Kayf Devaughn hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel


_Kayf Devaughn by_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Susanne Brody_____
Defendant's Counsel's Signature

Kayf Devaughn by _Susanne Brody_
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 16, 2021
Date

U.S. District Judge/U.S. Magistrate Judge