UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

                              **SCHEDULING ORDER**

       -against-                             21-mj-2867

Kayf Devaughn,

               Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

An arraignment before Magistrate Judge Krause is hereby scheduled for **Thursday, May 20, 2021, at 12:30 p.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: May 13, 2021
         White Plains, New York

                                              **SO ORDERED.**

                                           _____
                                           ANDREW E. KRAUSE
                                           United States Magistrate Judge