UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

          -against-

Kafy Devaughn,

                         Defendant.
------------------------------------------------------------X

**CANCELLATION ORDER**

21-mj-02867

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The arraignment scheduled before Magistrate Judge Krause for Thursday, May 20, 2021, at 12:30 p.m. is hereby ADJOURNED, to be rescheduled for a later date. This order supersedes the scheduling order at ECF No. 9.

Dated: May 19, 2021
          White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge